**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hunt Properties** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1999786** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1124 Whitehall St., Ste. 200**<br>**Jackson, TN 38301-8742**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Madison**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Hunt Properties**                                    Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

    □ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    □ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    □ Railroad (as defined in 11 U.S.C. § 101(44))

    □ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    □ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    □ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    □ Tax-exempt entity (as described in 26 U.S.C. §501)

    □ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    □ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.

      ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    □ Chapter 7

    □ Chapter 9

    ■ Chapter 11. *Check **all** that apply*:

        □ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

        □ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        □ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        □ A plan is being filed with this petition.

        □ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        □ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        □ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    □ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ■ No.
    □ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    □ Yes.

Debtor   **Hunt Properties**_____   Case number (*if known*)_____
Name

List all cases. If more than 1,
attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor  **Hunt Properties**                                                                    Case number (*if known*) _____
        Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 25, 2026**
              MM / DD / YYYY

**X** **/s/ David Hunt**                                    **David Hunt**
Signature of authorized representative of debtor            Printed name

Title   **Owner**

**18. Signature of attorney**

**X** **/s/ Thomas H Strawn**                              Date  **June 25, 2026**
Signature of attorney for debtor                                 MM / DD / YYYY

**Thomas H Strawn 002710**
Printed name

**Strawn Law Firm**
Firm name

**400 W Masonic Street**
**Dyersburg, TN 38024**
Number, Street, City, State & ZIP Code

Contact phone   **731-285-3375**        Email address   **tstrawn42@bellsouth.net**

**002710 TN**
Bar number and State

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hunt Properties** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AMEX P. O. Box 30384 Salt Lake City, UT 84130** | | | | | | **$288,000.00** |
| **Brightbridge Capital P. O. Box 871 Chattanooga, TN 37401** | | **180 Whitehall Ave., Pulaski, TN 38478** | | **$1,385,000.00** | **Unknown** | **Unknown** |
| **Brightbridge Capital P. O. Box 871 Chattanooga, TN 37401** | | **110 Redstone Dr., Fayetteville, TN 37334 Hotel** | | **$1,475,000.00** | **Unknown** | **Unknown** |
| **FBF 114 Ditmas Ave. Brooklyn, NY 11218** | | | | | | **$290,000.00** |
| **First Freedom Bank 1620 West Main St. Lebanon, TN 37087** | | **1111-1113 Nashville Hwy., Columbia TN 38401** | | **Unknown** | **Unknown** | **Unknown** |
| **Fuji** | | | | | | **$257,183.75** |
| **ITRIA One Penn Plaza, Ste. 4915 New York, NY 10119** | | | | | | **$700,000.00** |
| **Leonite Fund, I LP C/o Walter N. Winchester P. O. Box 2428 Knoxville, TN 37901-2428** | | **Henderson Development, Hampton Inn and lots Hwy. 45 South and West Main St. Henderson, TN** | | **Unknown** | **$6,010,000.00** | **Unknown** |

Debtor  **Hunt Properties**                                           Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Leonite Fund, I LP C/o Walter N. Winchester P. O. Box 2428 Knoxville, TN 37901-2428** | | **Novus Manufacturing Plant** | | **Unknown** | **Unknown** | **Unknown** |
| **Litefund 99 Wall St. New York, NY 10005** | | | | | | **$385,000.00** |
| **Reliance 4601 Sheridan St., Ste. 600 Hollywood, FL 33021** | | | | | | **$290,000.00** |
| **Rowan 69 Marshall Dr. Edison, NJ 08817** | | | | | | **$140,000.00** |
| **Synchrony Bank P. O. Box 71712 Philadelphia, PA 19176** | | | | | | **$100,000.00** |
| **Three Roots Capital 12640 Kingston Pike Knoxville, TN 37934** | | **Capital for Novus Plant** | | **$1,450,000.00** | **Unknown** | **Unknown** |
| **US Bank P.O. Box 790167 Saint Louis, MO 63179-0167** | | **1560 Sparta St. Mcminnville, TN 37110** | | **Unknown** | **$11,500,000.00** | **Unknown** |

AMEX
P. O. Box 30384
Salt Lake City, UT 84130

Brightbridge Capital
P. O. Box 871
Chattanooga, TN 37401

Brightbridge Capital
P. O. Box 871
Chattanooga, TN 37401

Centenial Bank
329 Old Medina Street
Medina, TN 38355

Community Bank
3200 North Highland
Jackson, TN 38305

Community Bank
3200 North Highland
Jackson, TN 38305

Community Bank
3200 North Highland
Jackson, TN 38305

FBF
114 Ditmas Ave.
Brooklyn, NY 11218

First Bank
P. O. Box 388
Lexington, TN 38351

First Freedom Bank
1620 West Main St.
Lebanon, TN 37087

First Freedom Bank
1620 West Main St.
Lebanon, TN 37087

Fuji

Hall Structure Finance
2323 Ross Ave.
Ste. 200
Dallas, TX 75201

ITRIA
One Penn Plaza, Ste. 4915
New York, NY 10119

Leonite Fund, I LP
C/o Walter N. Winchester
P. O. Box 2428
Knoxville, TN 37901-2428

Leonite Fund, I LP
C/o Walter N. Winchester
P. O. Box 2428
Knoxville, TN 37901-2428

Litefund
99 Wall St.
New York, NY 10005

Reliance
4601 Sheridan St., Ste. 600
Hollywood, FL 33021

Rowan
69 Marshall Dr.
Edison, NJ 08817

Synchrony Bank
P. O. Box 71712
Philadelphia, PA 19176

Three Roots Capital
12640 Kingston Pike
Knoxville, TN 37934

US Bank
P.O. Box 790167
Saint Louis, MO 63179-0167

US Bank
P.O. Box 790167
Saint Louis, MO 63179-0167

Wellworth
1450 Neal St.
Cookeville, TN 38501

Wellworth
1450 Neal St.
Cookeville, TN 38501