## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **In re:**     **HUNT PROPERTIES** | **Case No. 26-10889** |
| **Debtor.** | **Chapter 11** |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF DOCUMENTS5

PLEASE TAKE NOTICE that the United States Trustee for Region 8, pursuant to 11 U.S.C. § 307, hereby appears in the above-referenced case by his counsel and pursuant to Bankruptcy Rules 9010(b), 2002(a) and (b), and 3017(a), requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

> PAUL A. RANDOLPH
> ACTING UNITED STATES
> TRUSTEE, REGION 8
>
>
> /s/ Carrie Ann Rohrscheib (#022991)
> Trial Attorney
> United States Department of Justice
> Office of United States Trustee
> 200 Jefferson Avenue, Suite 400
> Memphis, TN 38103
> (901) 544-3303
> Carrie.A.Rohrscheib@usdoj.gov

### CERTIFICATE OF SERVICE

I, Carrie Ann Rohrscheib, hereby certify this 26th day of June, 2026, service of a true and exact copy of the foregoing by electronic means and/or via United States Postal Service, first class postage prepaid, to the following persons.

> /s/ Carrie Ann Rohrscheib, Trial Attorney

Debtor's Attorney