# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re:

Hunt Properties

Debtor(s).

Case No.  26–10889

Chapter  11

Adversary Proceeding No.

## NOTICE OF REQUIRED FILING FEE AND/OR DEFICIENT FILING

**PLEASE TAKE NOTICE that a required filing fee has not been paid in full and/or a deficient document has been submitted for filing in this case.   FAILURE TO PAY THE REQUIRED FILING FEE OR FAILURE TO CORRECT THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF THIS BANKRUPTCY CASE.**

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing, which is available for viewing at www.tnwb.uscourts.gov.** Only non–attorneys or persons who are not represented by an attorney may file paper documents (without express leave of the court).

Filing fees may be paid by credit card (online via ECF), cashiers check, money order, or business check made payable to the United States Bankruptcy Court Clerk. **Cash payments in the form of the exact amount may be made, at the Memphis Office. Cash payments are NOT accepted at the Jackson Office. Personal checks will NOT be accepted.**

☐ The case filing fee must be paid in full. The filing fee amount or any balance due, in converted cases, is always based upon the initial/original chapter filed. Effective December 1, 2020, the filing fees for each of the bankruptcy chapters are as follows:

| | | |
|---|---|---|
| Chapter  7:   $338.00 | Chapter  9:   $1738.00 | Chapter 11:   $1738.00 |
| Chapter 12:   $278.00 | Chapter 13:   $313.00 | Chapter 15:   $1738.00 |

**Amount Tendered $          Amount Due $**

### DEFICIENCIES REGARDING THE PETITION

Pursuant to 11 U.S.C. § 521(a)(1) and local orders of the Court, debtors must file a creditor matrix with their petition or within seven (7) business days thereafter. In addition, for example, pursuant to § 521(a) (1) in a voluntary case the debtor must also file a schedule of assets and liabilities, a schedule of current income and current expenditures, and pro se debtors must file the certificate that the debtor has received and read the § 342(b) Notice. Pursuant to Fed. R. Bankr. P. 1007(b)(7), the debtor additionally must complete a course on personal financial management and file a certificate of course completion issued by the approved provider of that course.

**FAILURE TO COMPLY WITH THESE REQUIREMENTS MAY RESULT IN THE DISMISSAL OF YOUR BANKRUPTCY CASE WITHOUT FURTHER NOTICE.**

In computing the period of seven (7) business days for submission of the matrix, or fourteen (14) days for other missing documents the day of the act or event shall not be included. The last day of the period so computed shall be included unless it is on a Saturday or Sunday, or a legal holiday, or a day on which weather or conditions have made the office of the clerks office inaccessible, in which event the period runs until the end of the next day which is not one of the aforementioned days.

**The following documents were not submitted with the petition filed in this case:**

☑ **201 Amended Voluntary Petition For Non–Individuals Filing For Bankruptcy**

☑ **202 – Declaration Under Penalty of Perjury On Behalf of a Corporation or Partnership** (This form acts as declaration for petition, schedules, SOFA, etc. )

☑ **206Sum – Summary of Assets and Liabilities for Non–Individuals**

☑ **206 A/B: Schedule A/B** – Property – Real and Personal Property) (Non–Individual)

☑ **206D: Schedule D** – Creditors Who Hold Claims Secured by Property (Against Non–Individuals)

☑ **206E/F: Schedule E/F** – Creditors Who Have Unsecured Claims (Against Non–Individuals – priority or non–priority)

☑ **206G: Schedule G** – Executory Contracts and Unexpired Leases (Non–individuals)

☑ **206H: Schedule H** – Co–Debtors (Non–Individuals)

| | |
|---|---|
| ☑ | **207 – Statement of Financial Affairs (Non–Individuals)** |
| ☑ | **Chapter 11 Case – List of Equity Security Holders** (Non–Individuals) |
| ☑ | **2030 Attorney Fee Disclosure Statement** |
| ☑ | **Other:**<br>Amended Petition per Section 8 |

**Jason Kadzban CLERK, U.S. BANKRUPTCY COURT**

**By: Sandra Hulsey**
**Dated:  June 26, 2026**
**111 S Highland, Room 107**
**Jackson, TN 38301**

[ntcdeffil]Petition Deficiency Notice/05