UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE: HUNT PROPERTIES

DEBTOR(S)

CASE NO. 26-10889
CHAPTER 11

MOTION TO MODIFY STAY

COMES NOW, Community Bank and in support of its Motion to modify the § 362 automatic stay states:

1. The Debtor, Hunt Properties (hereinafter "Debtor") filed for relief under Chapter 11 of the bankruptcy code on or about June 25, 2026, bearing Case No. 26-10889.

**LOAN NUMBER xxxx17-19 – CLAIM NO. 1**

2. A Proof of Claim with supporting documents has been filed concerning Claim No. 1, Loan No. xxxx17-19, in the amount of $908,630.27, as of June 25, 2026, plus cost, accruing interest, and attorney's fees (hereinafter "Claim No. 1"), reference to which is hereby made for a full and complete description. Community Bank is an unsecured creditor in this bankruptcy concerning Claim No. 1.

3. Claim No. 1 is a commercial debt.

4. Claim No. 1 originates under the name of Hunt Properties, a Tennessee General Partnership, with personal guaranties executed by Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt, all dated September 17, 2020. These Guarantors are not parties to the bankruptcy, which is a filing by the partnership and therefore the automatic stay in this bankruptcy does not apply to Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt.

5. Claim No. 1 is secured, in part, by a Tennessee Deed of Trust, Security Agreement and Fixture Filing, of record in Book T1996, at Page 99, in the Register's Office of Madison County, Tennessee, concerning real property owned by David Hunt and wife, Melissa Hunt, as Tenants by the Entirety. David B. Hunt and Melissa D. Hunt are not parties to this bankruptcy and the property pledged by these individuals through hypothecation is not an asset of, or property of the Bankrupt Estate. Upon information and belief, the address of the real properties securing Claim No. 1 are: 1062 Whitehall Street; 1124 Whitehall Street; and 1146 Whitehall Street, Jackson, Madison County, Tennessee, and is described as follows:

Tract 1 - 1062 Whitehall Street, Jackson, TN
Lying and being in the Fifth (5th) Civil District of Madison County, Tennessee and being more particularly described as follows:

Being Lot 1 of Bre' Avenue at Madison Place Subdivision as recorded in Plat Book 11, Page 354 in the Register's Office of Madison County, Tennessee, which is a portion of the property conveyed to David and Melissa Hunt by Special Warranty Deed at Deed Book 709·, Page 41 in the Register's Office of Madison County, Tennessee and being more particularly described as follows:

BEGINNING at a ½-inch iron rod found in the east line of Whitehall Street, (97.80 feet from centerline) at the northeast corner of the Kendall Electric, Inc. property (Deed Book 708, Page 1332) and the northwest corner of said Lot 1; thence, with said east line of Whitehall Street, North 37 degrees 13 minutes 29 seconds East, 380.05 feet, to a ½-inch iron rod set, with aluminum identification cap stamped "PLS INC JACKSON TN" (typical of all iron rods referred to herein as set) at the northwest corner of Lot 2; thence, with the south line of said Lot 2, South 52 degrees 46 minutes 03 seconds East, 312.74 feet, to a ½-inch iron rod set in the west line of the Vitro Minerals, Inc. property (Deed Book 714, Page 1645); thence, with said west line of Vitro Minerals, South 43 degrees 16 minutes 10 seconds West, 4.01 feet, to a ½-inch iron rod found (PLS, Inc.); thence, with the west line of the RIK Belting Specialty, Inc. property (Deed Book 599, Page 734) and the west line of the F&M Bancshares, Inc. property (Deed Book 722, Page 208), South 40 degrees 19 minutes 14 seconds West, 407.38 feet, to a set iron rod; thence, with the north line of said F&M Bancshares, Inc. property and the north line of the Kendall Electric, Inc. property, North 46 degrees 43 minutes 31 seconds West, 291.94 feet, to the Point of Beginning and containing 2.74 acres or 119,358.56 square feet within these bounds.

Survey by Alan Bret Dean, Tennessee R.L.S. 2205, dated October 12, 2015.

It being the same property as that described in Deed to David Hunt and wife, Melissa Hunt, of record in Book D709, at Page 41, in the Register's Office of Madison County, Tennessee.

Map 078 Parcel 021.00

Tract 2 - 1124 Whitehall Street, Jackson, TN
Lying and being in the Fifth (5th) Civil District of Madison County, Tennessee and being more particularly described as follows:

Being further known as Lot 2 of Minor Subdivision for Bank of Bartlett, Phase II, as recorded in Plat Book 10, Page 90, in the Register's Office of Madison County, Tennessee, and being more particularly described as follows:

BEGIN at a point on the southeast right-of-way line of Whitehall Street (right-of-way varies) at the southeast corner of Lot 2, Minor Subdivision for Bank of Bartlett, Phase II (Plat Book 10, Page 90), said point being monumented by a set magnetic survey nail with plastic disk; thence, with said southeast right-of-way line (as shown in Plat Book 9, Page 27), North 31 degrees 05 minutes 07 seconds East, 99.72 feet, to a set 1/2-inch iron rod with aluminum identification cap stamped "PLS INC JACKSON TN" (typical of all iron rods referred to herein as set); thence, North 43 degrees 18 minutes 5 7 seconds East, 177.97 feet, to an iron rod set; thence, North 19 degrees 04 minutes 57 seconds East, 19.91 feet, to an iron rod set; thence, leaving said right-of-way line with the southwest line of Lot 1 (Plat Book 10, Page 90), South 52 degrees 57 minutes 48 seconds East, 238.98 feet, to an iron rod with identification cap stamped "L.I. Smith" (typical of all iron rods referred to herein as found) at the southeast corner of Lot 1 and in the west line of Lot 1, Billy Ranne Subdivision (Plat Book 8, Page 187); thence, with the west line of Billy Ranne Subdivision, South 43 degrees 10 minutes 22 seconds West, 65.60 feet, to a magnetic survey nail set; thence, South 45 degrees 51 minutes 59 seconds East, 74.82 feet, to a point in a ditch; thence, with a west line of the Industrial Development Board (Deed Book 536, Page 133), South 21 degrees 54 minutes 11 seconds West, 229.50 feet, to iron rod set at the southeast corner of Lot 2 (Plat Book 10, Page 90); thence, with the southwest line of Lot 2, North 52 degrees 48 minutes 42 seconds West, 369.12 feet, to the point of beginning and containing 2.15 acres of land as surveyed by PLS, Inc. on November 06, 2012, all bearings being relative to the Tennessee State Plane Coordinate System of 1983.

Map 065 Parcel 114.07

It being the same property as that described in Deed to David Hunt and wife, Melissa Hunt, of record in Book D709, at Page 41, in the Register's Office of Madison County, Tennessee.

Tract 3 - 1146 Whitehall Street, Jackson, TN
Lying and being in the Fifth (5th) Civil District of Madison County, Tennessee and being more particularly described as follows:

That certain lot located in Jackson, Madison County, Tennessee containing 1.38 acres and being further known as Lot 2 of Minor Subdivision for Bank of Bartlett, Phase II, of record in Plat Book 10, Page 90, Register's Office, Madison County, Tennessee, reference to which plat is made for a more particularly description of said lot.

It being the same property as that described in Deed to David Hunt and wife, Melissa Hunt, of record in Book D709, at Page 41, in the Register's Office of Madison County, Tennessee.

Map 065 Parcel 114.06

**LOAN NUMBER xxxx17-25 – CLAIM NO. 2**

6. A Proof of Claim with supporting documents has been filed concerning Claim No. 2, Loan No. xxxx17-25, in the amount of $861,395.16, as of June 25, 2026, plus cost, accruing interest, and attorney's fees (hereinafter "Claim No. 2"), reference to which is hereby made for a full and complete description. Community Bank is an unsecured creditor in this bankruptcy concerning Claim No. 2.

7. Claim No. 2 is a commercial debt.

8. Claim No. 2 originates under the name of David B. Hunt and Melissa D. Hunt and David B. Hunt and Melissa D. Hunt d/b/a Hunt Properties, a Tennessee General Partnership with personal guaranties executed by Hunt & Williams Development LLC; Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt, all dated January 26, 2016. These Guarantors are not parties to the bankruptcy, which is a filing by the partnership and therefore the automatic stay in bankruptcy does not apply to Hunt & Williams Development LLC; Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt.

9. Claim No. 2 is secured, in part, by a Tennessee Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing, of record in Book T2014, at Page 1240, in the Register's Office of Madison County, Tennessee, concerning real property owned by David Hunt and wife, Melissa Hunt as Tenants by the Entirety. David B. Hunt and Melissa D. Hunt are not parties to this bankruptcy and the property pledged by these individuals through hypothecation is not an asset of, or property of the Bankrupt Estate. Upon information and belief, the address of the real properties securing Claim No. 2 are: 1100 Whitehall Street; 1104 Whitehall Street; 1106 Whitehall Street; and 1108 Whitehall Street, Jackson, Madison County, Tennessee, and is described as follows:

> <u>Tract 4 - 1100 Whitehall Street, Jackson, TN</u>
> Lying and being in the Fifth (5th) Civil District of Madison County, Tennessee and being more particularly described as follows:
>
> Being LOT NO. 201 of the REVISED FINAL PLAT OF LOT 2 BRE' AVENUE AT MADISON PLACE as shown by plat of record in Plat Book P11, page 478, in the Register's Office for Madison County, Tennessee, reference to which plat is hereby made for a more complete and accurate description of and to said real estate.
>
> It being the same property as that described in Deed to David Hunt and wife, Melissa Hunt, of record in Book D709, at Page 41, in the Register's Office of Madison County, Tennessee.
> Map 065, Parcel 114.09
>
> <u>Tract 5 - 1104 Whitehall Street, Jackson, TN</u>
> Lying and being in the Fifth (5th) Civil District of Madison County, Tennessee and being more particularly described as follows:
>
> Being LOT NO. 202 of the REVISED FINAL PLAT OF LOT 2 BRE' AVENUE AT MADISON PLACE as shown by plat of record in Plat Book P11, page 478, in the Register's Office for Madison County, Tennessee, reference to which plat is hereby made for a more complete and accurate description of and to said real estate.
>
> It being the same property as that described in Deed to David Hunt and wife, Melissa Hunt, of record in Book D709, at Page 41, in the Register's Office of Madison County, Tennessee.

Map 065, Parcel 114.10

Tract 6 - 1106 Whitehall Street, Jackson, TN
Lying and being in the Fifth (5th) Civil District of Madison County, Tennessee and being more particularly described as follows:

Being LOT NO. TWO (2) of the FINAL PLAT OF BRE' AVENUE AT MADISON PLACE as shown by plat of record in Plat Book P11, page 354, in the Register's Office for Madison County, Tennessee, reference to which plat is hereby made for a more complete and accurate description of and to said real estate.

INCLUDED IN THE ABOVE-DESCRIBED PROPERTY, BUT EXCLUDED FROM THIS CONVEYANCE IS THE FOLLOWING DESCRIBED PARCEL:

Being LOTS NO. 201, 202, 203, 204, AND 205 of the REVISED FINAL PLAT OF LOT 2 BRE' AVENUE AT MADISON PLACE as shown by plat of record in Plat Book P11, page 478, in the Register's Office for Madison County, Tennessee, reference to which plat is hereby made for a more complete and accurate description of and to said real estate.

It being the same property as that described in Deed to David Hunt and wife, Melissa Hunt, of record in Book D709, at Page 41, in the Register's Office of Madison County, Tennessee.

Map 065, Parcel 114.03

Tract 7 - 1108 Whitehall Street, Jackson, TN
Lying and being in the Fifth (5th) Civil District of Madison County, Tennessee and being more particularly described as follows:

Being LOT NO. 203 of the REVISED FINAL PLAT OF LOT 2 BRE' AVENUE AT MADISON PLACE as shown by plat of record in Plat Book P11, page 478, in the Register's Office for Madison County, Tennessee, reference to which plat is hereby made for a more complete and accurate description of and to said real estate.

It being the same property as that described in Deed to David Hunt and wife, Melissa Hunt, of record in Book D709, at Page 41, in the Register's Office of Madison County, Tennessee.

Map 065, Parcel 114.11

10. Claim No. 2 is additionally secured as evidenced by a UCC-1 Financing Statement filed with the Tennessee Secretary of State on March 21, 2016, Document #424705672 as to the collateral described in Exhibits "A" and "B", attached to the UCC, reference to which is hereby made for a full and complete description.

11. Upon information and belief, any interest the Debtor may have in fixtures relating to the described real estate described in Claim No. 2 holds no equity and is not necessary for an effective reorganization of this Debtor.

**LOAN NUMBER xxxx17-48– CLAIM NO. 3**

12. A Proof of Claim with supporting documents has been filed concerning Claim No. 3, Loan No. xxxx17-48, in the amount of $729,652.90, as of June 25, 2026, plus cost, accruing interest, and attorney's fees (hereinafter "Claim No. 3"), reference to which is hereby made for a full and complete description. Community Bank is a secured creditor in this bankruptcy concerning Claim No. 3.

13. Claim No. 3 is a commercial debt.

14. Claim No. 3 originates under the name of Hunt Properties, GP, a Tennessee General Partnership composed of David B. Hunt and Melissa D. Hunt with personal guaranties executed by Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt, all dated October 21, 2019. These Guarantors are not parties to the bankruptcy, which is a filing by the partnership and therefore the automatic stay in bankruptcy does not apply to Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt.

15. Claim No. 3 is secured by a Deed of Trust, of record in Book T2089, at Page 1907, in the Register's Office of Madison County, Tennessee, concerning real property owned by Hunt Properties, GP, a Tennessee General Partnership. Upon information and belief, the

address of the real property securing Claim No. 3 is: 1118 Whitehall Street, Jackson, Madison County, Tennessee, and is described as follows:

> <u>Tract 8 - 1118 Whitehall Street, Jackson, TN</u>
> Lying and being in the Fifth (5th) Civil District of Madison County, Tennessee and being more particularly described as follows:
>
> Being Lot 3 of Bre' Avenue at Madison Place Subdivision as recorded in Plat Book 11, Page 354 in the Register's Office of Madison County, Tennessee, reference to which plat is hereby made for a more complete and accurate description of and to said real estate.
>
> It being the same property as that described in Deed to Hunt Properties, GP, a Tennessee General Partnership composed of David B. Hunt and Melissa D. Hunt, of record in Book D750, at Page 745, in the Register's Office of Madison County, Tennessee.
>
> Map 065 Parcel 114.11

16. Upon information and belief, the Debtor holds no equity in the subject Property and same is not necessary for an effective reorganization.

17. In the alternative, Community Bank alleges that it is entitled to any rents derived from the involved Property representing its cash collateral and further that it is entitled to monthly adequate protection payments to avoid diminishing its collateral position.

**<u>LOAN NUMBER xxxx17-60 – CLAIM NO. 4</u>**

18. A Proof of Claim with supporting documents has been filed concerning Claim No. 4, Loan No. xxxx17-60, in the amount of $264,161.73, as of June 25, 2026, plus cost, accruing interest, and attorney's fees (hereinafter "Claim No. 4"), reference to which is hereby made for a full and complete description. Community Bank is an unsecured creditor in this bankruptcy concerning Claim No. 4.

19. Claim No. 4 is a commercial debt.

20. Claim No. 4 originates under the name of Hunt Properties, GP, a Tennessee General Partnership with personal guaranties executed by Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt, all dated November 13, 2020. These Guarantors are not parties to the bankruptcy, which is a filing by the partnership and therefore the automatic stay in bankruptcy does not apply to Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt.

21. Claim No. 4 is secured, by a second priority mortgage Deed of Trust, of record in Book T2141, at Page 285, in the Register's Office of Madison County, Tennessee, concerning real property owned by David Hunt and wife, Melissa Hunt as Tenants by the Entirety. David B. Hunt and Melissa D. Hunt are not parties to this bankruptcy and the property pledged by these individuals through hypothecation is not an asset of or property of the Bankrupt Estate. Upon information and belief, the address of the real properties securing Claim No. 4 are: 1062 Whitehall Street and 1124 Whitehall Street, Jackson, Madison County, Tennessee, and are described hereinabove as Tract No. 1 and Tract No. 2.

## REQUEST FOR RELIEF AND FOR COMFORT ORDER AS TO REAL ESTATE SECURING CLAIMS 1, 2, AND 4

22. Community Bank alleges that the automatic stay in this bankruptcy does not extend to Hunt & Williams Development LLC; Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt, as Guarantors or to the real properties pledged by David B. Hunt and Melissa D. Hunt, individually as Tenants by the Entirety and would not bar civil action against the Guarantors or bar the foreclosure of the real properties which are not property of this Bankrupt Estate to reduce the obligation of the Debtor in bankruptcy.

23. Further, Community Bank states that the pledging of assets by a third party and the pledge of Guaranty by third parties, under the facts and circumstances of this case, may lend itself to some degree of confusion as to the effect of the automatic stay and this motion is filed to

seek as comfort order as to the extent, if any, that Hunt & Williams Development LLC; Hunt Services, Inc.; David B. Hunt; and Melissa D. Hunt, as Guarantors' or the assets pledged by David B. Hunt and Melissa D. Hunt to Community Bank are protected from collection process by the automatic stay in bankruptcy in this proceeding.

24. Community Bank basically asserts that no co-debtor stay is in effect under these Chapter 11 proceedings. To the extent that the Debtor may assert such a stay, Community Bank also seeks clarification from the Court to allow it to proceed against each of the non-bankruptcy Guarantors or against the real properties pledged by David B. Hunt and Melissa D. Hunt by the above referenced security mortgage instruments.

25. Further, each of the aforedescribed Notes are in default by virtue of the Debtor's failure to tender the required contractual payments and further by virtue of the Debtor's failure to comply with other provisions of the Notes.

REQUEST FOR RELIEF AS TO CLAIM NO. 3

26. The Debtor is unable to provide Community Bank with adequate protection in order to protect Community Bank from its diminishing collateral position with respect to the collateral in which it holds a lien, as evidenced by the Debtor's failure to make timely and regular payments.

27. The collateral holds no equity and is not necessary for an effective reorganization of the Debtor.

28. Cause exists to lift the stay.

Wherefore, Community Bank prays for an order modifying the § 362 automatic stay with respect to the subject collateral pursuant to the terms of 11 U.S.C. § 362(d)(1) and/or (2) to allow it to pursue its possessory rights, including foreclosure, in the collateral and that the stay of the

enforcement of the Order as provided by Bankruptcy Rule 4001(a)(3) be waived and for such other, further and general relief to which it may be entitled.

This the 21st day of July, 2026.

FILED BY:/s/Stephen L. Hughes
Stephen L. Hughes #013836
Attorney for Community Bank
P.O. Box 320
Milan, TN 38358 (731) 238-3199

CERTIFICATE OF SERVICE

We, Kizer, Bonds, Hughes & Bowen, PLLC, Attorneys at Law, hereby certify that we have served a true copy of the foregoing instrument electronically or by depositing a copy of same in the U.S. mail postage paid, to the following parties on July 21, 2026.

By:/s/Stephen L. Hughes
Stephen L. Hughes

Postage Pre-Paid
Debtor(s)
Creditor: Community Bank, P.O. Box 710, Lexington, TN 38351

Electronically
U.S. Trustee
Debtor(s) Attorney