**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TENNESSEE

Case number *(if known)* **26-10889** Chapter **11**

■ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

**27-1999786**

**4. Debtor's address**

**Principal place of business**

**1124 Whitehall St., Ste. 200**
**Jackson, TN 38301-8742**
Number, Street, City, State & ZIP Code

**Madison**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ________ When ________ Case number ________
District ________ When ________ Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number (*if known*) **26-10889**
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 27, 2026**
MM / DD / YYYY

*X* **/s/ David Hunt**
Signature of authorized representative of debtor

**David Hunt**
Printed name

Title **Owner**

**18. Signature of attorney**

*X* **/s/ Thomas H Strawn**
Signature of attorney for debtor

Date **August 27, 2026**
MM / DD / YYYY

**Thomas H Strawn 002710**
Printed name

**Strawn Law Firm**
Firm name

**400 W Masonic Street**
**Dyersburg, TN 38024**
Number, Street, City, State & ZIP Code

Contact phone **731-285-3375** Email address **tstrawn42@bellsouth.net**

**002710 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 27, 2026**

*X* **/s/ David Hunt**
Signature of individual signing on behalf of debtor

**David Hunt**
Printed name

**Owner**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | **26-10889** |

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.<br>Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **AMEX<br>P. O. Box 30384<br>Salt Lake City, UT 84130** | | | | | | **$288,000.00** |
| **Community Bank<br>3200 North Highland<br>Jackson, TN 38305** | | **1118 Whitehall Ave., Jackson, TN 38301 Restaurant** | | **$2,763,840.06** | **$1,250,000.00** | **$1,513,840.06** |
| **FBF<br>114 Ditmas Ave.<br>Brooklyn, NY 11218** | | | | | | **$290,000.00** |
| **Fuji** | | | | | | **$257,183.75** |
| **ITRIA<br>One Penn Plaza, Ste. 4915<br>New York, NY 10119** | | | | | | **$700,000.00** |
| **Litefund<br>99 Wall St.<br>New York, NY 10005** | | | | | | **$385,000.00** |
| **Reliance<br>4601 Sheridan St., Ste. 600<br>Hollywood, FL 33021** | | | | | | **$290,000.00** |
| **Rowan<br>69 Marshall Dr.<br>Edison, NJ 08817** | | | | | | **$140,000.00** |
| **Security Federal Savings Bank<br>306 W. Main St.<br>McMinnville, TN 37110** | | **Sparta St., McMinnville, TN** | | **$500,000.00** | **$492,500.00** | **$7,500.00** |
| **Synchrony Bank<br>P. O. Box 71712<br>Philadelphia, PA 19176** | | | | | | **$100,000.00** |

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(if known)* **26-10889**
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **West Tennessee Bank<br>92 Exeter Rd.<br>Jackson, TN 38305** | | **University St., Martin** | | **$1,015,000.00** | **$0.00** | **$1,015,000.00** |

**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **98,102,500.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **0.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **98,102,500.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **47,206,494.21** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **2,450,183.75** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **49,656,677.96** |

**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(If known)* **26-10889**
Name

☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **1118 Whitehall Ave., Jackson, TN 38301 Restaurant** | | **$0.00** | | **$1,250,000.00** |
| 55.2. **Henderson Development, Hampton Inn and lots Hwy. 45 South and West Main St. Henderson, TN** | **Foreclosed - 9/22/26** | **$0.00** | | **$6,010,000.00** |
| 55.3. **110 Redstone Dr., Fayetteville, TN 37334 Hampton Inn** | | **$0.00** | | **$11,000,000.00** |
| 55.4. **128 Bre Ave., Pulaski, TN 38478 - hotel - Hampton Inn** | | **$0.00** | | **$13,000,000.00** |
| 55.5. **University Street, Martin, TN** | | **$0.00** | | **$1,100,000.00** |

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(If known)* **26-10889**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **1113 Nashville Hwy., Columbia, TN - Store, vacant lot** | | **$0.00** | | **$25,000,000.00** |
| 55.7. | **Sparta St., McMinnville, TN** | **Foreclosed on 5/27/26** | **$0.00** | | **$492,500.00** |
| 55.8. | **Hyatt Place - 518 Forrest Ave., Jackson, TN** | | **$0.00** | | **$40,250,000.00** |

56. **Total of Part 9.** **$98,102,500.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(If known)* **26-10889**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | **$98,102,500.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$0.00** | + 91b. **$98,102,500.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$98,102,500.00** |

**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** — Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Brightbridge Capital**
Creditor's Name

**P. O. Box 871**
**Chattanooga, TN 37401**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**110 Redstone Dr., Fayetteville, TN 37334**
**Hampton Inn**

**Describe the lien**
**SBA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,475,000.00**
Column B: **$10,195,600.00**

**2.2 Brightbridge Capital**
Creditor's Name

**P. O. Box 871**
**Chattanooga, TN 37401**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**128 Bre Ave., Pulaski, TN 38478 - hotel - Hampton Inn**

**Describe the lien**
**SBA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$1,385,000.00**
Column B: **$13,000,000.00**

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**
Name

Case number (if known) **26-10889**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Wellworth**
**2. Brightbridge Capital**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Community Bank**
Creditor's Name

**3200 North Highland**
**Jackson, TN 38305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1118 Whitehall Ave., Jackson, TN 38301 Restaurant**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,763,840.06** **$1,250,000.00**

---

2.4 **First Bank**
Creditor's Name

**P. O. Box 388**
**Lexington, TN 38351**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**128 Bre Ave., Pulaski, TN 38478 Retail Center**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,470,370.07** **$13,000,000.00**

---

2.5 **First Freedom Bank**
Creditor's Name

**1620 West Main St.**
**Lebanon, TN 37087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1113 Nashville Hwy., Columbia, TN - Store, vacant lot**

**Describe the lien**
**foreclosed on 6/18/26**

**$3,750,000.00** **$25,000,000.00**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Freedom Bank**
**2. Greenline Venture**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Greenline Venture**
Creditor's Name

**1324 15th St.**
**Denver, CO 80202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien** **$1,700,000.00** **$25,000,000.00**
**1113 Nashville Hwy., Columbia, TN - Store, vacant lot**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Hall Structure Finance**
Creditor's Name
**2323 Ross Ave.**
**Ste. 200**
**Dallas, TX 75201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien** **$17,350,000.00** **$40,250,000.00**
**Hyatt Place - 518 Forrest Ave., Jackson, TN**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number (if known) **26-10889**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 **Leonite Fund, I LP**
Creditor's Name
**C/o Walter N. Winchester**
**P. O. Box 2428**
**Knoxville, TN 37901-2428**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Henderson Development, Hampton Inn and lots Hwy. 45 South and West Main St. Henderson, TN**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,500,000.00** **$6,010,000.00**

---

2.9 **Security Federal Savings Bank**
Creditor's Name

**306 W. Main St.**
**McMinnville, TN 37110**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Sparta St., McMinnville, TN**

**Describe the lien**
**Foreclosed - 5/27/26**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500,000.00** **$492,500.00**

---

2.10 **Wellworth**
Creditor's Name

**1450 Neal St.**
**Cookeville, TN 38501**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**110 Redstone Dr., Fayetteville, TN 37334 Hampton Inn**

**Describe the lien**

**$5,676,789.61** **$11,000,000.00**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Wellworth**
Creditor's Name

**1450 Neal St.**
**Cookeville, TN 38501**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**128 Bre Ave., Pulaski, TN 38478 - hotel - Hampton Inn**

**$5,676,789.61** **$13,000,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 **West Tennessee Bank**
Creditor's Name

**92 Exeter Rd.**
**Jackson, TN 38305**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**University Street, Martin, TN**

**$943,704.86** **$1,100,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**
Name

Case number (if known) **26-10889**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **West Tennessee Bank**
Creditor's Name

**92 Exeter Rd.**
**Jackson, TN 38305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**University St., Martin**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,015,000.00** **$0.00**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$47,206,494.21**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**

**AMEX**
**P. O. Box 30384**
**Salt Lake City, UT 84130**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$288,000.00**

---

3.2 **Nonpriority creditor's name and mailing address**

**FBF**
**114 Ditmas Ave.**
**Brooklyn, NY 11218**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$290,000.00**

---

3.3 **Nonpriority creditor's name and mailing address**

**Fuji**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$257,183.75**

---

3.4 **Nonpriority creditor's name and mailing address**

**ITRIA**
**One Penn Plaza, Ste. 4915**
**New York, NY 10119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$700,000.00**

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number (if known) **26-10889**
Name

3.5 **Nonpriority creditor's name and mailing address**

**Litefund**
**99 Wall St.**
**New York, NY 10005**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$385,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**

**Reliance**
**4601 Sheridan St., Ste. 600**
**Hollywood, FL 33021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$290,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**

**Rowan**
**69 Marshall Dr.**
**Edison, NJ 08817**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$140,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**

**Synchrony Bank**
**P. O. Box 71712**
**Philadelphia, PA 19176**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ 2,450,183.75 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 2,450,183.75 |

**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Lease** | **Admens Restaurant<br>1100 Whitehall Ave.<br>Jackson, TN 38301** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Lease** | **Christ Community<br>1104 Whitehall Ave.<br>Jackson, TN 38301** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Lease** | **Dove Dental Office<br>1108 Whitehall Ave.<br>Jackson, TN 38301** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Lease** | **First Choice Medical Office<br>181 Bre Ave., Ste. C<br>Lavinia, TN 38348** |

Debtor 1 **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** (First Name / Middle Name / Last Name)    Case number (*if known*) **26-10889**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | **Margarita of Pulaski**<br>**181 Bre Ave., Ste. A**<br>**Lavinia, TN 38348** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | **Shoe Sensation**<br>**181 Bre Ave., Ste. D**<br>**Lavinia, TN 38348** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | **Vibe Dental Office**<br>**181 Bre Ave., Ste. B**<br>**Lavinia, TN 38348** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Land Lease** | **West Tennessee Healthcare, Inc**<br>**620 Skyline Drive**<br>**Jackson, TN 38301-3923** |
| | State the term remaining | **72 years** | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David and Melissa Hunt** | **34 Finnwick Cv<br>Jackson, TN 38305** | **Brightbridge Capital** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.2 | **David and Melissa Hunt** | **34 Finnwick Cv.<br>Jackson, TN 38305** | **First Freedom Bank** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.3 | **David and Melissa Hunt** | **34 Finnwick Cv.<br>Jackson, TN 38305** | **Greenline Venture** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.4 | **David and Melissa Hunt** | **34 Finnwick Cv.<br>Jackson, TN 38305** | **Hall Structure Finance** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.5 | **David and Melissa Hunt** | **34 Finnwick Cv.<br>Jackson, TN 38305** | **Security Federal Savings Bank** | ■ D **2.9**<br>☐ E/F<br>☐ G |

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(if known)* **26-10889**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **David and Melissa Hunt** | **34 Finnwick Cv.<br>Jackson, TN 38305** | **West Tennessee Bank** | ■ D **2.12**<br>☐ E/F<br>☐ G |
| 2.7 | **David Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Brightbridge Capital** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.8 | **David Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Community Bank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.9 | **David Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **First Bank** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.10 | **David Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Leonite Fund, I LP** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.11 | **David Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Wellworth** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.12 | **David Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Wellworth** | ■ D **2.11**<br>☐ E/F<br>☐ G |

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(if known)* **26-10889**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.13 | **David Hunt** | **34 Finnwick Cove**<br>**Jackson, TN 38305** | **AMEX** | ☐ D ____<br>■ E/F **3.1**<br>☐ G ____ |
| 2.14 | **David Hunt** | **34 Finnwick Cove**<br>**Jackson, TN 38305** | **FBF** | ☐ D ____<br>■ E/F **3.2**<br>☐ G ____ |
| 2.15 | **David Hunt** | **34 Finnwick Cove**<br>**Jackson, TN 38305** | **Fuji** | ☐ D ____<br>■ E/F **3.3**<br>☐ G ____ |
| 2.16 | **David Hunt** | **34 Finnwick Cove**<br>**Jackson, TN 38305** | **ITRIA** | ☐ D ____<br>■ E/F **3.4**<br>☐ G ____ |
| 2.17 | **David Hunt** | **34 Finnwick Cove**<br>**Jackson, TN 38305** | **Litefund** | ☐ D ____<br>■ E/F **3.5**<br>☐ G ____ |
| 2.18 | **David Hunt** | **34 Finnwick Cove**<br>**Jackson, TN 38305** | **Reliance** | ☐ D ____<br>■ E/F **3.6**<br>☐ G ____ |
| 2.19 | **David Hunt** | **34 Finnwick Cove**<br>**Jackson, TN 38305** | **Rowan** | ☐ D ____<br>■ E/F **3.7**<br>☐ G ____ |

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(if known)* **26-10889**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.20 | **David Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Synchrony Bank** | ☐ D<br>■ E/F **3.8**<br>☐ G |
| 2.21 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Brightbridge Capital** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.22 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Community Bank** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.23 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **First Bank** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.24 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Leonite Fund, I LP** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.25 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Wellworth** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.26 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Wellworth** | ■ D **2.11**<br>☐ E/F<br>☐ G |

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(if known)* **26-10889**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.27 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **AMEX** | ☐ D<br>■ E/F **3.1**<br>☐ G |
| 2.28 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **FBF** | ☐ D<br>■ E/F **3.2**<br>☐ G |
| 2.29 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Fuji** | ☐ D<br>■ E/F **3.3**<br>☐ G |
| 2.30 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **ITRIA** | ☐ D<br>■ E/F **3.4**<br>☐ G |
| 2.31 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Litefund** | ☐ D<br>■ E/F **3.5**<br>☐ G |
| 2.32 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Reliance** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.33 | **Melissa Hunt** | **34 Finnwick Cove<br>Jackson, TN 38305** | **Rowan** | ☐ D<br>■ E/F **3.7**<br>☐ G |

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(if known)* **26-10889**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.34 | **Melissa Hunt** | **34 Finnwick Cove**<br>**Jackson, TN 38305** | **Synchrony Bank** | ☐ D<br>■ E/F **3.8**<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$3,017,765.00** |
| **For the fiscal year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$3,523,927.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **First Freedom Bank<br>1620 West Main St.<br>Lebanon, TN 37087** | **Columbia Land Development** | | **$14,500,000.00** |
| **Leonite Fund, I LP<br>C/o Walter N. Winchester<br>P. O. Box 2428<br>Knoxville, TN 37901-2428** | **Henderson Dev. - Hampton Inn and lots, Hwy 45 South and West Main St., Henderson, TN** | | **$6,010,000.00** |
| **Leonite Fund, I LP<br>C/o Walter N. Winchester<br>P. O. Box 2428<br>Knoxville, TN 37901-2428** | **Novus Manufacturing Plant** | | **$12,500,000.00** |
| **First Freedom Bank<br>1620 West Main St.<br>Lebanon, TN 37087** | **1113 Nashville Highway, Columbia, TN<br>Vacant** | | **$14,500,000.00** |
| **Security Federal Savings Bank<br>306 W. Main St.<br>McMinnville, TN 37110** | **Spart St., McMinnville, TN vacant** | | **$11,500,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor’s direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(if known)* **26-10889**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 27, 2026**

**/s/ David Hunt**
Signature of individual signing on behalf of the debtor

**David Hunt**
Printed name

Position or relationship to debtor **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Tennessee

In re **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Debtor(s)

Case No. **26-10889**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor ■ Other (specify): **375.00 hourly for attorney**

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 27, 2026**
*Date*

**/s/ Thomas H Strawn**
**Thomas H Strawn 002710**
*Signature of Attorney*
**Strawn Law Firm**
**400 W Masonic Street**
**Dyersburg, TN 38024**
**731-285-3375 Fax: 731-285-3392**
**tstrawn42@bellsouth.net**
*Name of law firm*

# United States Bankruptcy Court
## Western District of Tennessee

In re **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case No. **26-10889**
Debtor(s) Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 27, 2026** Signature **/s/ David Hunt**
**David Hunt**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Tennessee

In re **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Debtor(s)

Case No. **26-10889**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Owner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 27, 2026**

**/s/ David Hunt**
**David Hunt**/**Owner**
Signer/Title

Admens Restaurant
1100 Whitehall Ave.
Jackson, TN 38301

AMEX
P. O. Box 30384
Salt Lake City, UT 84130

Brightbridge Capital
P. O. Box 871
Chattanooga, TN 37401

Christ Community
1104 Whitehall Ave.
Jackson, TN 38301

Community Bank
3200 North Highland
Jackson, TN 38305

David and Melissa Hunt
34 Finnwick Cv.
Jackson, TN 38305

David Hunt
34 Finnwick Cove
Jackson, TN 38305

Dove Dental Office
1108 Whitehall Ave.
Jackson, TN 38301

FBF
114 Ditmas Ave.
Brooklyn, NY 11218

First Bank
P. O. Box 388
Lexington, TN 38351

First Choice Medical Office
181 Bre Ave., Ste. C
Lavinia, TN 38348

First Freedom Bank
1620 West Main St.
Lebanon, TN 37087

Fuji

Greenline Venture
1324 15th St.
Denver, CO 80202

Hall Structure Finance
2323 Ross Ave.
Ste. 200
Dallas, TX 75201

ITRIA
One Penn Plaza, Ste. 4915
New York, NY 10119

Leonite Fund, I LP
C/o Walter N. Winchester
P. O. Box 2428
Knoxville, TN 37901-2428

Litefund
99 Wall St.
New York, NY 10005

Margarita of Pulaski
181 Bre Ave., Ste. A
Lavinia, TN 38348

Melissa Hunt
34 Finnwick Cove
Jackson, TN 38305

Reliance
4601 Sheridan St., Ste. 600
Hollywood, FL 33021

Rowan
69 Marshall Dr.
Edison, NJ 08817

Security Federal Savings Bank
306 W. Main St.
McMinnville, TN 37110

Shoe Sensation
181 Bre Ave., Ste. D
Lavinia, TN 38348

Synchrony Bank
P. O. Box 71712
Philadelphia, PA 19176

Vibe Dental Office
181 Bre Ave., Ste. B
Lavinia, TN 38348

Wellworth
1450 Neal St.
Cookeville, TN 38501

West Tennessee Bank
92 Exeter Rd.
Jackson, TN 38305

West Tennessee Healthcare, Inc
620 Skyline Drive
Jackson, TN 38301-3923