**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **1118 Whitehall Ave., Jackson, TN 38301 Restaurant** | | **$0.00** | | **$1,250,000.00** |
| 55.2. **Henderson Development, Hampton Inn and lots Hwy. 45 South and West Main St. Henderson, TN** | **Foreclosed - 9/22/26** | **$0.00** | | **$6,010,000.00** |
| 55.3. **110 Redstone Dr., Fayetteville, TN 37334 Hampton Inn** | | **$0.00** | | **$11,000,000.00** |
| 55.4. **128 Bre Ave., Pulaski, TN 38478 - hotel - Hampton Inn** | | **$0.00** | | **$13,000,000.00** |
| 55.5. **University Street, Martin, TN** | | **$0.00** | | **$1,100,000.00** |

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP** Case number *(If known)* **26-10889**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **1113 Nashville Hwy., Columbia, TN - Store, vacant lot** | | **$0.00** | | **$25,000,000.00** |
| 55.7. | **Sparta St., McMinnville, TN** | **Foreclosed on 5/27/26** | **$0.00** | | **$492,500.00** |
| 55.8. | **Hyatt Place - 518 Forrest Ave., Jackson, TN** | | **$0.00** | | **$40,250,000.00** |

56. **Total of Part 9.** **$98,102,500.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**
Name

Case number *(If known)* **26-10889**

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................> | | **$98,102,500.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$0.00** | + 91b. **$98,102,500.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$98,102,500.00** |

**Fill in this information to identify the case:**

Debtor name **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TENNESSEE

Case number (if known) **26-10889**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** — Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Brightbridge Capital**
Creditor's Name

**P. O. Box 871**
**Chattanooga, TN 37401**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**110 Redstone Dr., Fayetteville, TN 37334 Hampton Inn**

**Describe the lien**
**SBA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,475,000.00**
Column B: **$10,195,600.00**

**2.2 Brightbridge Capital**
Creditor's Name

**P. O. Box 871**
**Chattanooga, TN 37401**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**128 Bre Ave., Pulaski, TN 38478 - hotel - Hampton Inn**

**Describe the lien**
**SBA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$1,385,000.00**
Column B: **$13,000,000.00**

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**
Name

Case number (if known) **26-10889**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Wellworth**
**2. Brightbridge Capital**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 Community Bank**
Creditor's Name

**3200 North Highland**
**Jackson, TN 38305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1118 Whitehall Ave., Jackson, TN 38301 Restaurant**

**$2,763,840.06** **$1,250,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 First Bank**
Creditor's Name

**P. O. Box 388**
**Lexington, TN 38351**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**128 Bre Ave., Pulaski, TN 38478 Retail Center**

**$2,470,370.07** **$13,000,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 First Freedom Bank**
Creditor's Name

**1620 West Main St.**
**Lebanon, TN 37087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1113 Nashville Hwy., Columbia, TN - Store, vacant lot**

**$3,750,000.00** **$25,000,000.00**

**Describe the lien**
**foreclosed on 6/18/26**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Freedom Bank**
**2. Greenline Venture**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Greenline Venture**
Creditor's Name

**1324 15th St.**
**Denver, CO 80202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

**Describe debtor's property that is subject to a lien**
**1113 Nashville Hwy., Columbia, TN - Store, vacant lot**

**$1,700,000.00** **$25,000,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Hall Structure Finance**
Creditor's Name
**2323 Ross Ave.**
**Ste. 200**
**Dallas, TX 75201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Hyatt Place - 518 Forrest Ave., Jackson, TN**

**$17,350,000.00** **$40,250,000.00**

**Describe the lien**
**ADDED**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Hall Structure Finance**
**2. Tebo Properties**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8 Leonite Fund, I LP**
Creditor's Name
**C/o Walter N. Winchester**
**P. O. Box 2428**
**Knoxville, TN 37901-2428**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Henderson Development, Hampton Inn and lots Hwy. 45 South and West Main St. Henderson, TN**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,500,000.00** **$6,010,000.00**

---

**2.9 Security Federal Savings Bank**
Creditor's Name

**306 W. Main St.**
**McMinnville, TN 37110**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Sparta St., McMinnville, TN**

**Describe the lien**
**Foreclosed - 5/27/26 - ADDED**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500,000.00** **$492,500.00**

---

**2.10 Tebo Properties**
Creditor's Name
**c/o Brettson J. Bauer**
**1600 West End Ave., Ste. 1750**
**Nashville, TN 37203**

**Describe debtor's property that is subject to a lien**
**Hyatt Place - 518 Forrest Ave., Jackson, TN**

**$2,000,000.00** **$40,250,000.00**

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**
Name

Case number (if known) **26-10889**

Creditor's mailing address

**Describe the lien**
**added**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Wellworth**
Creditor's Name

**1450 Neal St.**
**Cookeville, TN 38501**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**110 Redstone Dr., Fayetteville, TN 37334 Hampton Inn**

**$5,676,789.61** **$11,000,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 **Wellworth**
Creditor's Name

**1450 Neal St.**
**Cookeville, TN 38501**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**128 Bre Ave., Pulaski, TN 38478 - hotel - Hampton Inn**

**$5,676,789.61** **$13,000,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**
Name

Case number (if known) **26-10889**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.13 West Tennessee Bank**
Creditor's Name

**92 Exeter Rd.**
**Jackson, TN 38305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**University Street, Martin, TN**

**Describe the lien**
**ADDED**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$943,704.86** **$1,100,000.00**

---

**2.14 West Tennessee Bank**
Creditor's Name

**92 Exeter Rd.**
**Jackson, TN 38305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**University St., Martin**

**Describe the lien**
**ADDED**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,015,000.00** **$0.00**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$49,206,494.21**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

Debtor **Hunt Properties, GP d/b/a Hunt Properties Jackson, GP**
Name

Case number (if known) **26-10889**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |