**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

**IN RE:**

**HUNT PROPERTIES, GP** **CASE NO. 26-10889**
**CHAPTER 11**

---

# "EXPEDITED" MOTION FOR AUTHORITY TO USE CASH COLLATERAL

---

Comes now, the Debtor, HUNT PROPERTIES, GP, and for its motion to use cash collateral states as follows:

1. Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on June 25, 2026.
2. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these cases and this Motion is proper in this district pursuant to 28 §§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code Section 363 and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure.
3. Creditor, HS Jackson, LLC, holds a first priority security interest in the proceeds of the Debtor.
4. "Proceeds" from the collection of the rental proceeds may constitute cash collateral within the meaning of that term under 11 U.S.C. § 636(a).
5. Debtor's finances will be disrupted and the chances for a successful rehabilitation reduced if they are unable to use the "Proceeds" in the ordinary course of business.

WHEREFORE, Debtor moves that the Court enter an order authorizing Debtor to use cash collateral.

Respectfully submitted:

/s/Thomas H. Strawn
THOMAS H. STRAWN BOPR #002710
115 S. Mill Ave.
Dyersburg, TN 38024
731-285-3375
*Counsel to the Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was served, via electronic mail, on this the 9th day of September, 2026:

Matrix

Office of the Trustee
200 Jefferson Ave., Ste. 400
Memphis, TN 38103

/s/Thomas H. Strawn
THOMAS H. STRAWN