**Dated: September 15, 2026**
**The following is SO ORDERED:**

Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | | |
|---|---|---|
| **IN RE:** | **HUNT PROPERTIES, GP**<br>**d/b/a HUNT PROPERTIES JACKSON, GP** | **CASE NO. 26-10889-JLC** |
| | **Debtor.** | **Chapter 11** |

---

**CONSENT ORDER DISMISSING CHAPTER 11 CASE**

---

This matter came before the Court on the Motion to Dismiss or in the Alternative Convert this Case to Chapter 7 Pursuant to 11 U.S.C. §1112(b) ("Motion") (ECF No. 68) filed by the United States Trustee for Region 8 ("U.S. Trustee"); the agreement of the Debtor, Hunt Properties, GP, d/b/a/ Hunt Properties Jackson, GP ("Hunt Properties"), and upon the entire record herein.

It appears to the Court that Hunt Properties does not oppose the U.S. Trustee's Motion to the extent it seeks dismissal of the instant bankruptcy case and consents to dismissal of this case. It further appears to the Court that Hunt Properties and the U.S. Trustee agree that dismissal is appropriate and in the best interest of creditors and the estate.

ACCORDINGLY, for good cause found, IT IS ORDERED, that the U.S. Trustee's Motion to Dismiss is GRANTED and the instant Chapter 11 case shall be and is hereby **DISMISSED**, without prejudice.

IT IS FURTHER ORDERED, that within thirty (30) days of entry of this order any professionals may file final applications for compensation under 11 U.S.C. §330 and the Court shall retain jurisdiction to hear same.

**APPROVED FOR ENTRY:**

PAUL A. RANDOLPH
ACTING U.S. TRUSTEE REGION 8

/s/ Carrie Ann Rohrscheib (#022991)
Carrie Ann Rohrscheib
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103
(901) 544-3303

/s/ Thomas H. Strawn
Thomas H. Strawn (#002710)
Attorney for Debtors
115 S. Mill Avenue
Dyersburg, TN 38024
Email: tstrawn42@bellsouth.net

**PERSONS TO BE SERVED WITH FINAL ORDER:**
Debtor
Debtor's Counsel
All Parties on the Matrix