**Dated: October 02, 2026**
**The following is SO ORDERED:**

Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re Hunt Properties, GP | Case No. **26-10889** |
| Debtor(s). | Chapter **11** |

## ORDER CLOSING CASE

It appearing to the Court that this case was heretofore dismissed and should now be closed; now therefore, the Bankruptcy Court Clerk is authorized to administratively close this case.

closingcasebkcasedismissedco0140104