UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE: HUNT PROPERTIES, GP
D/B/A HUNT PROPERTIES JACKSON, GP

CHAPTER 11 CASE NO. 26-10889

DEBTOR

---

FINAL FEE APPLICATION FOR COMPENSATION OF ATTORNEY

---

TO THE HONORABLE JUDGES OF THE UNITED STATES BANKRUPTCY COURT:

The Debtor, HUNT PROPERTIES, GP, D/B/A HUNT PROPERTIES JACKSON, GP, makes application for payment of attorney fees and expenses to Thomas H. Strawn, in this cause pursuant to the Guidelines for Applications for Compensation and Reimbursement of Expenses adopted pursuant to 28 U.S.C. Section 586 (a)(3)(A) and in support thereof states as follows:

NARRATIVE SUMMARY

Background:

1. The original voluntary petition in this cause was filed on June 25, 2026.
2. An Order approving the employment of Thomas H. Strawn was signed on August 7, 2026 (Docket No. 49). Compensation is sought pursuant to 11 U.S.C. §503(b)(4), 11 U.S.C. §328 and Rule 2016 of the Federal Rules of Bankruptcy Procedure for services rendered to the Debtor.
3. The terms of employment agreed by the Debtor were for payments at the hourly rate of $350.00 for attorney and an hourly rate of $100.00 for paralegal time. A retainer of $15,000.00 was paid by the Debtor plus $1,738.00 filing fee.
4. The only professional requesting payment in this application is Thomas H. Strawn and the law firm of Thomas H. Strawn at an hourly rate of $350.00 for Mr. Strawn and a hourly rate of $100.00 for his paralegal. The attorney and law firm have charged the same hourly rate to all its clients since prior to June 25, 2026.
5. This is the final application for a fee in this cause.
6. The time period covered by this application is from June 25, 2026 through the entry of the final decree.

Case Status:

1. The Debtor's Chapter 11 case has been dismissed. (Docket No. 102).

Project Summary:

This case does not contain complex or extensive issues which justify a requirement for summarization by project, and the concurrence of the U.S. Trustee is requested in this conclusion. A detailed list of services rendered by attorney, time and charges is attached as Exhibit A to this application.

Evaluation Standards:

Exhibit A to this application contains a detailed list of services and time involved. All services were necessary at the time rendered. The time expended was reasonable and efficient for the tasks involved and results achieved. The services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problems presented and the timeliness of availability of financial information. All services were directly related to required administrative functions of the Debtor or Debtor's counsel.

Certification:

The Debtor certifies that it received, reviewed and approved this application.

Respectfully submitted this 14th day of October, 2026.

/s/THOMAS H. STRAWN

THOMAS H. STRAWN #002710
Attorney for Debtor
115 S. Mill Ave.
Dyersburg, TN 38024
731-285-3375
Tstrawn42@bellsouth.net

## CERTIFICATE OF SERVICE

I, Thomas H. Strawn, Counsel for Debtor, do hereby certify that a true and exact copy of the foregoing Final Fee Application for Compensation of Attorney has been served by electronic mail on the 14th day of October, k2026 to the following: Debtor, 1124 Whitehall St. Ste. 200, Jackson, TN 38301, U.S. Trustee, 200 Jefferson Suite 400, Memphis, TN 38103; Matrix.

/s/THOMAS H. STRAWN