# SUMMARY

---

IN RE: HUNT PROPERTIES, GP, D/B/A HUNT PROPERTIES JACKSON, GP

CHAPTER 11 CASE NO. 26-10889

DEBTOR IN POSSESSION

---

Fees previously requested: None
Fees previously approved: None

Expenses previously requested: None
Expenses previously approved: None

Retainer paid (held in escrow): $16,738.00

Applicant:
Thomas H. Strawn and Strawn Law Firm

Role in Case:
Attorney for Debtor

Current Application: $20,449.71
Fees Requested: $18,591.71
Expenses Requested: $1,908.00
Less Retainer: $16,738.00
Balance Due: $3,761.71

Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: Hunt Properties |
| Slip.Classification | Open |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 461<br>6/23/2026<br>WIP<br>meeting | TIME | Stella<br>Meeting<br>Hunt Properties | 1.50<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 150.00 |
| 462<br>6/23/2026<br>WIP<br>Meeting | TIME | Thomas H. Strawn<br>Meeting<br>Hunt Properties | 1.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 525.00 |
| 463<br>6/29/2026<br>WIP<br>Meeting | TIME | Thomas H. Strawn<br>Meeting<br>Hunt Properties | 0.70<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 245.00 |
| 464<br>6/29/2026<br>WIP<br>Meeting | TIME | Stella<br>Meeting<br>Hunt Properties | 0.70<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 70.00 |
| 468<br>7/6/2026<br>WIP<br>Meeting - IDI | TIME | Thomas H. Strawn<br>Meeting<br>Hunt Properties | 1.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 350.00 |
| 469<br>7/6/2026<br>WIP<br>Meeting - IDI | TIME | Stella<br>Meeting<br>Hunt Properties | 1.00<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 100.00 |
| 470<br>7/6/2026<br>WIP<br>Draft - Petition | TIME | Stella<br>Draft<br>Hunt Properties | 7.00<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 700.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 571<br>7/6/2026<br>WIP<br>Recording Fee | EXP | Thomas H. Strawn<br>Recording Fee<br>Hunt Properties | 1 | 1738.00 | 1738.00 |
| 576<br>7/6/2026<br>WIP<br>Draft - App to employ Tom | TIME | Stella<br>Draft<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 50.00 |
| 471<br>7/7/2026<br>WIP<br>File Review - petition | TIME | Thomas H. Strawn<br>File Review<br>Hunt Properties | 1.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 350.00 |
| 577<br>7/8/2026<br>WIP<br>Draft - app to employ Clenney | TIME | Stella<br>Draft<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 50.00 |
| 572<br>7/9/2026<br>WIP<br>Meeting - IDI | TIME | Thomas H. Strawn<br>Meeting<br>Hunt Properties | 2.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 875.00 |
| 573<br>7/9/2026<br>WIP<br>Meeting - IDI | TIME | Stella<br>Meeting<br>Hunt Properties | 2.50<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 250.00 |
| 574<br>7/9/2026<br>WIP<br>Court Appearance for Hearing | TIME | Stella<br>Hearing<br>Hunt Properties | 2.00<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 200.00 |
| 575<br>7/9/2026<br>WIP<br>Court Appearance | TIME | Thomas H. Strawn<br>Court<br>Hunt Properties | 2.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 700.00 |
| 579<br>7/14/2026<br>WIP<br>Preparation of pleadings - tax returns | TIME | Stella<br>Prep Pleadings<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 50.00 |

| Slip ID / Dates and Time / Posting Status / Description | | Timekeeper / Activity / Client | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 485 | TIME | Thomas H. Strawn | 0.50 | 350.00 | 175.00 |
| 7/15/2026 | | Phone client | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client | | | 0.00 | | |
| 486 | TIME | Thomas H. Strawn | 0.70 | 350.00 | 245.00 |
| 7/20/2026 | | Meeting | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Meeting | | | 0.00 | | |
| 487 | TIME | Stella | 0.70 | 100.00 | 70.00 |
| 7/20/2026 | | Meeting | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Meeting | | | 0.00 | | |
| 488 | TIME | Stella | 0.80 | 100.00 | 80.00 |
| 7/21/2026 | | Research | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Research | | | 0.00 | | |
| 489 | TIME | Thomas H. Strawn | 0.70 | 350.00 | 245.00 |
| 7/21/2026 | | Phone client | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client | | | 0.00 | | |
| 580 | TIME | Thomas H. Strawn | 1.00 | 350.00 | 350.00 |
| 7/23/2026 | | File Review | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - motion for relief | | | 0.00 | | |
| 490 | TIME | Thomas H. Strawn | 0.20 | 350.00 | 70.00 |
| 7/27/2026 | | Phone client | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client | | | 0.00 | | |
| 581 | TIME | Stella | 1.00 | 100.00 | 100.00 |
| 7/27/2026 | | File Review | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - amended petition | | | 0.00 | | |
| 491 | TIME | Stella | 0.20 | 100.00 | 20.00 |
| 7/28/2026 | | Phone client | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 492<br>7/29/2026<br>WIP<br>Meeting | TIME | Thomas H. Strawn<br>Meeting<br>Hunt Properties | 2.03<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 711.67 |
| 493<br>7/29/2026<br>WIP<br>Meeting | TIME | Stella<br>Meeting<br>Hunt Properties | 2.30<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 230.00 |
| 494<br>7/29/2026<br>WIP<br>Phone call from client | TIME | Thomas H. Strawn<br>Phone client<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 495<br>7/30/2026<br>WIP<br>Telephone call with opposing Attorney - Steve Hughes | TIME | Thomas H. Strawn<br>Phone Opp Atty<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 496<br>7/30/2026<br>WIP<br>Legal Research - properties | TIME | Stella<br>Legal Research<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 50.00 |
| 497<br>7/30/2026<br>WIP<br>Phone call from client - randall | TIME | Thomas H. Strawn<br>Phone client<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 498<br>7/30/2026<br>WIP<br>Phone call from client - randall | TIME | Stella<br>Phone client<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 50.00 |
| 499<br>8/4/2026<br>WIP<br>Telephone call with opposing Attorney | TIME | Thomas H. Strawn<br>Phone Opp Atty<br>Hunt Properties | 0.40<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 140.00 |
| 500<br>8/4/2026<br>WIP<br>Meeting - Brandon Clenney | TIME | Thomas H. Strawn<br>Meeting<br>Hunt Properties | 1.30<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 455.00 |

| Slip ID / Dates and Time / Posting Status / Description | | Timekeeper / Activity / Client | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 501 | TIME | Stella | 1.30 | 100.00 | 130.00 |
| 8/4/2026 | | Meeting | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Meeting - brandon Clenney | | | 0.00 | | |
| 502 | TIME | Thomas H. Strawn | 0.40 | 350.00 | 140.00 |
| 8/5/2026 | | Phone Opp Atty | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Telephone call with opposing Attorney - attorney glenn | | | 0.00 | | |
| 503 | TIME | Thomas H. Strawn | 2.00 | 350.00 | 700.00 |
| 8/6/2026 | | Court | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Court Appearance | | | 0.00 | | |
| 504 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 8/6/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - ORDERS | | | 0.00 | | |
| 507 | TIME | Thomas H. Strawn | 0.50 | 350.00 | 175.00 |
| 8/6/2026 | | Phone Opp Atty | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Telephone call with opposing Attorney - David Houston | | | 0.00 | | |
| 578 | TIME | Thomas H. Strawn | 2.00 | 350.00 | 700.00 |
| 8/6/2026 | | Court | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Court Appearance | | | 0.00 | | |
| 582 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 8/6/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - order | | | 0.00 | | |
| 584 | TIME | Thomas H. Strawn | 0.50 | 350.00 | 175.00 |
| 8/6/2026 | | File Review | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - Consent Order | | | 0.00 | | |
| 585 | TIME | Thomas H. Strawn | 0.50 | 350.00 | 175.00 |
| 8/6/2026 | | File Review | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - mot for relief | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 586<br>8/6/2026<br>WIP<br>File Review - mot to prohibit cash collateral | TIME | Thomas H. Strawn<br>File Review<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 583<br>8/7/2026<br>WIP<br>Draft - order | TIME | Stella<br>Draft<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 50.00 |
| 588<br>8/7/2026<br>WIP<br>File Review - mot for relief | TIME | Thomas H. Strawn<br>File Review<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 589<br>8/7/2026<br>WIP<br>File Review - case management order | TIME | Thomas H. Strawn<br>File Review<br>Hunt Properties | 0.30<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 105.00 |
| 509<br>8/11/2026<br>WIP<br>Phone call from client | TIME | Thomas H. Strawn<br>Phone client<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 590<br>8/11/2026<br>WIP<br>File Review - motion for relief | TIME | Thomas H. Strawn<br>File Review<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 591<br>8/18/2026<br>WIP<br>File Review - mot for relief | TIME | Thomas H. Strawn<br>File Review<br>Hunt Properties | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 175.00 |
| 592<br>8/18/2026<br>WIP<br>File Review - mot to dismiss | TIME | Thomas H. Strawn<br>File Review<br>Hunt Properties | 2.00<br>0.00<br>0.00<br>0.00 | 350.00<br>T@1 | 700.00 |
| 593<br>8/18/2026<br>WIP<br>File Review - mot to dismiss | TIME | Stella<br>File Review<br>Hunt Properties | 1.00<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 100.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 594 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 8/19/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - objection | | | 0.00 | | |
| 595 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 8/19/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - objection | | | 0.00 | | |
| 596 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 8/19/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - objection | | | 0.00 | | |
| 597 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 8/19/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - objection | | | 0.00 | | |
| 598 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 8/19/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - objection | | | 0.00 | | |
| 533 | TIME | Stella | 3.00 | 100.00 | 300.00 |
| 8/27/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - Amended petition | | | 0.00 | | |
| 535 | TIME | Thomas H. Strawn | 0.50 | 350.00 | 175.00 |
| 8/27/2026 | | Phone client | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client | | | 0.00 | | |
| 536 | EXP | Thomas H. Strawn | 1 | 136.00 | 136.00 |
| 8/27/2026 | | Recording Fee | | | |
| WIP | | Hunt Properties | | | |
| Recording Fee - amended petition | | | | | |
| 537 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 8/27/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - objection | | | 0.00 | | |

| Slip ID / Dates and Time / Posting Status / Description | | Timekeeper / Activity / Client | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 599 | TIME | Thomas H. Strawn | 0.50 | 350.00 | 175.00 |
| 8/27/2026 | | File Review | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - motion for relief | | | 0.00 | | |
| 542 | TIME | Stella | 0.30 | 100.00 | 30.00 |
| 8/31/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - sugg of bankruptcy | | | 0.00 | | |
| 543 | EXP | Thomas H. Strawn | 1 | 34.00 | 34.00 |
| 8/31/2026 | | Recording Fee | | | |
| WIP | | Hunt Properties | | | |
| Recording Fee - amended complaint | | | | | |
| 544 | TIME | Thomas H. Strawn | 0.30 | 350.00 | 105.00 |
| 8/31/2026 | | Phone Opp Atty | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Telephone call with opposing Attorney - Lee Webber | | | 0.00 | | |
| 600 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 8/31/2026 | | File Review | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - amended schedules | | | 0.00 | | |
| 545 | TIME | Thomas H. Strawn | 1.50 | 350.00 | 525.00 |
| 9/1/2026 | | Meeting | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Meeting w/David | | | 0.00 | | |
| 546 | TIME | Stella | 1.50 | 100.00 | 150.00 |
| 9/1/2026 | | Meeting | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Meeting w/David | | | 0.00 | | |
| 547 | TIME | Thomas H. Strawn | 0.50 | 350.00 | 175.00 |
| 9/2/2026 | | Phone client | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client - brandon clenney | | | 0.00 | | |
| 548 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 9/2/2026 | | Phone client | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client - brandon clenney | | | 0.00 | | |

| Slip ID / Dates and Time / Posting Status / Description | | Timekeeper / Activity / Client | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 549 | TIME | Thomas H. Strawn | 0.80 | 350.00 | 280.00 |
| 9/2/2026 | | Phone Opp Atty | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Telephone call with opposing Attorney - Jerry Spore | | | 0.00 | | |
| 587 | TIME | Thomas H. Strawn | 2.00 | 350.00 | 700.00 |
| 9/3/2026 | | Court | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Court Appearance | | | 0.00 | | |
| 601 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 9/4/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - order wd objection | | | 0.00 | | |
| 553 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 9/9/2026 | | Draft | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Draft - mot for cash collateral | | | 0.00 | | |
| 558 | TIME | Stella | 3.50 | 100.00 | 350.00 |
| 9/10/2026 | | Meeting | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Meeting - brandon and david | | | 0.00 | | |
| 559 | TIME | Thomas H. Strawn | 3.50 | 350.00 | 1225.00 |
| 9/10/2026 | | Meeting | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Meeting - brandon and david | | | 0.00 | | |
| 560 | TIME | Stella | 2.00 | 100.00 | 200.00 |
| 9/14/2026 | | File Review | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - MORS, AMENDMENTS, INFORMATION | | | 0.00 | | |
| 561 | TIME | Thomas H. Strawn | 2.00 | 350.00 | 700.00 |
| 9/14/2026 | | File Review | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - MORS, AMENDMENTS, MOTION | | | 0.00 | | |
| 602 | TIME | Stella | 1.00 | 100.00 | 100.00 |
| 9/14/2026 | | File Review | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - amended schedules | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 562 | TIME | Stella | 0.50 | 100.00 | 50.00 |
| 9/15/2026 | | File Review | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - mors | | | 0.00 | | |
| 603 | TIME | Thomas H. Strawn | 0.80 | 350.00 | 280.00 |
| 9/16/2026 | | File Review | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| File Review - consent order dismissing | | | 0.00 | | |
| 606 | TIME | Thomas H. Strawn | 0.09 | 350.00 | 30.04 |
| 9/29/2026 | 10:25 AM | Phone client | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client | | | 0.00 | | |
| 607 | TIME | Thomas H. Strawn | 0.10 | 350.00 | 35.00 |
| 9/29/2026 | | Phone Opp Atty | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Telephone call with opposing Attorney - Adam Crider | | | 0.00 | | |
| 608 | TIME | Thomas H. Strawn | 0.10 | 350.00 | 35.00 |
| 9/29/2026 | | Phone Opp Atty | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Telephone call with opposing Attorney - Adam Crider | | | 0.00 | | |
| 612 | TIME | Stella | 0.10 | 100.00 | 10.00 |
| 10/1/2026 | | Phone client | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from brandon | | | 0.00 | | |
| 625 | TIME | Stella | 0.10 | 100.00 | 10.00 |
| 10/8/2026 | | Phone client | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client | | | 0.00 | | |
| 627 | TIME | Stella | 0.10 | 100.00 | 10.00 |
| 10/12/2026 | | Phone client | 0.00 | T | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client | | | 0.00 | | |
| 630 | TIME | Thomas H. Strawn | 0.30 | 350.00 | 105.00 |
| 10/13/2026 | | Phone client | 0.00 | T@1 | |
| WIP | | Hunt Properties | 0.00 | | |
| Phone call from client | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 631<br>10/13/2026<br>WIP<br>Phone call from client | TIME | Stella<br>Phone client<br>Hunt Properties | 0.30<br>0.00<br>0.00<br>0.00 | 100.00<br>T | 30.00 |

Grand Total

| | | | |
|---|---|---|---|
| Billable | 84.12 | | 20499.71 |
| Unbillable | 0.00 | | 0.00 |
| Total | 84.12 | | 20499.71 |

Thomas H. Strawn
115 S. Mill Ave.
Dyersburg, TN 38024

Invoice submitted to:
Hunt Properties

October 14, 2026

Invoice #10006

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/23/2026 | meeting | 1.50<br>100.00/hr | 150.00 |
| | Meeting | 1.50<br>350.00/hr | 525.00 |
| 6/29/2026 | Meeting | 0.70<br>350.00/hr | 245.00 |
| | Meeting | 0.70<br>100.00/hr | 70.00 |
| 7/6/2026 | Meeting - IDI | 1.00<br>350.00/hr | 350.00 |
| | Meeting - IDI | 1.00<br>100.00/hr | 100.00 |
| | Draft - Petition | 7.00<br>100.00/hr | 700.00 |
| | Draft - App to employ Tom | 0.50<br>100.00/hr | 50.00 |
| 7/7/2026 | File Review - petition | 1.00<br>350.00/hr | 350.00 |
| 7/8/2026 | Draft - app to employ Clenney | 0.50<br>100.00/hr | 50.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/9/2026 | Meeting - IDI | 2.50<br>350.00/hr | 875.00 |
| | Meeting - IDI | 2.50<br>100.00/hr | 250.00 |
| | Court Appearance for Hearing | 2.00<br>100.00/hr | 200.00 |
| | Court Appearance | 2.00<br>350.00/hr | 700.00 |
| 7/14/2026 | Preparation of pleadings - tax returns | 0.50<br>100.00/hr | 50.00 |
| 7/15/2026 | Phone call from client | 0.50<br>350.00/hr | 175.00 |
| 7/20/2026 | Meeting | 0.70<br>350.00/hr | 245.00 |
| | Meeting | 0.70<br>100.00/hr | 70.00 |
| 7/21/2026 | Research | 0.80<br>100.00/hr | 80.00 |
| | Phone call from client | 0.70<br>350.00/hr | 245.00 |
| 7/23/2026 | File Review - motion for relief | 1.00<br>350.00/hr | 350.00 |
| 7/27/2026 | Phone call from client | 0.20<br>350.00/hr | 70.00 |
| | File Review - amended petition | 1.00<br>100.00/hr | 100.00 |
| 7/28/2026 | Phone call from client | 0.20<br>100.00/hr | 20.00 |
| 7/29/2026 | Meeting | 2.03<br>350.00/hr | 711.67 |
| | Meeting | 2.30<br>100.00/hr | 230.00 |
| | Phone call from client | 0.50<br>350.00/hr | 175.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 7/30/2026 | Telephone call with opposing Attorney - Steve Hughes | 0.50<br>350.00/hr | 175.00 |
| | Legal Research - properties | 0.50<br>100.00/hr | 50.00 |
| | Phone call from client - randall | 0.50<br>350.00/hr | 175.00 |
| | Phone call from client - randall | 0.50<br>100.00/hr | 50.00 |
| 8/4/2026 | Telephone call with opposing Attorney | 0.40<br>350.00/hr | 140.00 |
| | Meeting - Brandon Clenney | 1.30<br>350.00/hr | 455.00 |
| | Meeting - brandon Clenney | 1.30<br>100.00/hr | 130.00 |
| 8/5/2026 | Telephone call with opposing Attorney - attorney glenn | 0.40<br>350.00/hr | 140.00 |
| 8/6/2026 | Court Appearance | 2.00<br>350.00/hr | 700.00 |
| | Draft - ORDERS | 0.50<br>100.00/hr | 50.00 |
| | Telephone call with opposing Attorney - David Houston | 0.50<br>350.00/hr | 175.00 |
| | Court Appearance | 2.00<br>350.00/hr | 700.00 |
| | Draft - order | 0.50<br>100.00/hr | 50.00 |
| | File Review - Consent Order | 0.50<br>350.00/hr | 175.00 |
| | File Review - mot for relief | 0.50<br>350.00/hr | 175.00 |
| | File Review - mot to prohibit cash collateral | 0.50<br>350.00/hr | 175.00 |
| 8/7/2026 | Draft - order | 0.50<br>100.00/hr | 50.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 8/7/2026 | File Review - mot for relief | 0.50<br>350.00/hr | 175.00 |
| | File Review - case management order | 0.30<br>350.00/hr | 105.00 |
| 8/11/2026 | Phone call from client | 0.50<br>350.00/hr | 175.00 |
| | File Review - motion for relief | 0.50<br>350.00/hr | 175.00 |
| 8/18/2026 | File Review - mot for relief | 0.50<br>350.00/hr | 175.00 |
| | File Review - mot to dismiss | 2.00<br>350.00/hr | 700.00 |
| | File Review - mot to dismiss | 1.00<br>100.00/hr | 100.00 |
| 8/19/2026 | Draft - objection | 0.50<br>100.00/hr | 50.00 |
| | Draft - objection | 0.50<br>100.00/hr | 50.00 |
| | Draft - objection | 0.50<br>100.00/hr | 50.00 |
| | Draft - objection | 0.50<br>100.00/hr | 50.00 |
| | Draft - objection | 0.50<br>100.00/hr | 50.00 |
| 8/27/2026 | Draft - Amended petition | 3.00<br>100.00/hr | 300.00 |
| | Phone call from client | 0.50<br>350.00/hr | 175.00 |
| | Draft - objection | 0.50<br>100.00/hr | 50.00 |
| | File Review - motion for relief | 0.50<br>350.00/hr | 175.00 |
| 8/31/2026 | Draft - sugg of bankruptcy | 0.30<br>100.00/hr | 30.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 8/31/2026 | Telephone call with opposing Attorney - Lee Webber | 0.30<br>350.00/hr | 105.00 |
| | File Review - amended schedules | 0.50<br>100.00/hr | 50.00 |
| 9/1/2026 | Meeting w/David | 1.50<br>350.00/hr | 525.00 |
| | Meeting w/David | 1.50<br>100.00/hr | 150.00 |
| 9/2/2026 | Phone call from client - brandon clenney | 0.50<br>350.00/hr | 175.00 |
| | Phone call from client - brandon clenney | 0.50<br>100.00/hr | 50.00 |
| | Telephone call with opposing Attorney - Jerry Spore | 0.80<br>350.00/hr | 280.00 |
| 9/3/2026 | Court Appearance | 2.00<br>350.00/hr | 700.00 |
| 9/4/2026 | Draft - order wd objection | 0.50<br>100.00/hr | 50.00 |
| 9/9/2026 | Draft - mot for cash collateral | 0.50<br>100.00/hr | 50.00 |
| 9/10/2026 | Meeting - brandon and david | 3.50<br>100.00/hr | 350.00 |
| | Meeting - brandon and david | 3.50<br>350.00/hr | 1,225.00 |
| 9/14/2026 | File Review - MORS, AMENDMENTS, INFORMATION | 2.00<br>100.00/hr | 200.00 |
| | File Review - MORS, AMENDMENTS, MOTION | 2.00<br>350.00/hr | 700.00 |
| | File Review - amended schedules | 1.00<br>100.00/hr | 100.00 |
| 9/15/2026 | File Review - mors | 0.50<br>100.00/hr | 50.00 |
| 9/16/2026 | File Review - consent order dismissing | 0.80<br>350.00/hr | 280.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/29/2026 | Phone call from client | 0.09<br>350.00/hr | 30.04 |
| | Telephone call with opposing Attorney - Adam Crider | 0.10<br>350.00/hr | 35.00 |
| | Telephone call with opposing Attorney - Adam Crider | 0.10<br>350.00/hr | 35.00 |
| 10/1/2026 | Phone call from brandon | 0.10<br>100.00/hr | 10.00 |
| 10/8/2026 | Phone call from client | 0.10<br>100.00/hr | 10.00 |
| 10/12/2026 | Phone call from client | 0.10<br>100.00/hr | 10.00 |
| 10/13/2026 | Phone call from client | 0.30<br>350.00/hr | 105.00 |
| | Phone call from client | 0.30<br>100.00/hr | 30.00 |
| | For professional services rendered | 84.12 | $18,591.71 |
| | Additional Charges : | | |
| 7/6/2026 | Recording Fee | | 1,738.00 |
| 8/27/2026 | Recording Fee - amended petition | | 136.00 |
| 8/31/2026 | Recording Fee - amended complaint | | 34.00 |
| | Total additional charges | | $1,908.00 |
| | Total amount of this bill | | $20,499.71 |
| | Accounts receivable transactions | | |
| 6/25/2026 | Payment - Thank You | | ($16,738.00) |
| | Total payments and adjustments | | ($16,738.00) |
| | Balance due | | $3,761.71 |