**Dated: October 16, 2026**
**The following is SO ORDERED:**

**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

| | |
|---|---|
| In re | Case No. 26-10889 |
| Hunt Properties, GP | |
| | Chapter 11 |
| Debtor. | |

---

**ORDER REOPENING CASE**
**AND DIRECTING FURTHER CASE ADMINISTRATION**

---

It appearing to the Court that through inadvertence an order was entered discharging the case trustee and administratively closing this bankruptcy case, but that further case administration is required; now therefore, the prior order discharging the case trustee and closing this bankruptcy case is **VACATED,** and the Bankruptcy Court Clerk is directed to proceed with further case administration.